Phillip Harvey

Vs.

The STATE OF TEXAS

84,382-01

IN THE MAGISTRATE
COURT
OF
TEXAS

PETITION FOR WRIT OF
HABEAS CORPUS FOR UNLAWFUL
IMPRISONMENT

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

To the Honorable Judge of sAId Court:

Now comes Phillip Harvey hereinafter called Petitioner, and files this is his Petition for Writ of habeas Corpus and would show the Court the following;

## I.

That Your applicant is illegally Confined and restrained of his liberty by Susan Pamerlead, the Sheriff of Bexar County in the Bexar County Adult Detention Center. located in the City of SAN Antonio, Bexar County, Texas;

## II.

That Your Petitioner is restrained of his liberty by Virture of a Writ of Capias executed by Susan Pamerlead, in the 399th Distrist Court; A Copy of which can Not be Obtained.

The petitioner was arrested November 1st 2013 for sexual assault. The petitioner has been confined since, The STATE found that they did not have a witness April 2014 and the petitioner still has not had a trial, the petitioner is seeking a trial. The petitioner's Constitutional rights have been violated. The Petitioner's Confinement has been 25 months now...

(A) Everyone is entitled to all the rights and freedoms set forth in this declaration, without distinction of any kind, such as race, color, sex, language, religion, Political or other opinions nation or Social origin, property or other status..
(Universal Declaration of Human Rights) - Art. 2

(B) Everyone has a right to life, liberty and security of person. (Universal Declaration of Human Rights) Art. 3

(C) Everyone has the right to recognition as a person before the law. (Universal Declaration of Human Rights) Art. 6

(d) No mans person shall be restrained or imprisoned by any authority whatsoever, before the law hath sentenced him there to... (Documents on Fundamental Human Rights 79, 82 (2. Chafee ed., 1951)

(E) The Fourth Amendment to the United STATES requires a timely judicial determination of probable cause as a Prerequisite to detention, U.S.C.A. Const. Amend. 4 (Gerstein V. Pugh, 420 U.S. 103, 95 S. Ct. 854, 43 L. Ed. 2d 54 (1975)

## Petitioner's Declaration

I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct. I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746)

Signed this the 15th day of December, 20 15

_____          89435 M
Signature of Plaintiff              ID Number